STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PETER JOHN CONGRO, DEFENDANT-APPELLANT.

Submitted May 18, 1953—Decided May 25, 1953.

For the appellant: *Mr. Peter John Congro, in propria persona.*

For the respondent: *Mr. Donald G. Collester.*

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—None.